UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM Q. BURCHWELL,

    Plaintiff,

vs.

TOLEDO RECYCLING CO., INC.,
And TC PACKAGING LLC, an Ohio
Corporation

    Defendants.

Case No. 4:19-cv-12315
Hon. Matthew F. Leitman

## EX PARTE ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT, TOLEDO RECYCLING CO., INC., ONLY AND TO AMEND THE CAPTION

This Ex Parte Order, having been prepared by Counsel for Plaintiff, and Counsel for Plaintiff voluntarily dismissing without prejudice Defendant, Toledo Recycling Co., Inc., only, from this action, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Toledo Recycling Co., Inc., only is dismissed without prejudice from this cause of action; and

**IT IS FURTHER ORDERED** that the caption shall be amended to: *WILLIAM Q. BURCHWELL v. TC PACKAGING LLC, an Ohio Corporation,* Case No. 4:19-cv-12315-MFL-SDD, Hon. Matthew F. Leitman, presiding.

> /s/Matthew F. Leitman
> MATTHEW F. LEITMAN
> UNITED STATES DISTRICT JUDGE

Dated: October 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2019, by electronic means and/or ordinary mail.

> s/Holly A. Monda
> Case Manager
> (810) 341-9764